UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLUE AXIS GLOBAL LTD & LONGBYTE INC., <br><br> Petitioners, <br><br> v. <br><br> ALOPEX ADVISORS, LLC, <br><br> Respondent. | 24-mc-508 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

Petitioners are directed to serve the Motion to Confirm the Temporary Order of Attachment on Respondent no later than December 9, 2024, along with a copy of this Order, and shall subsequently file proof of service on the docket. Respondent's opposition, if any, shall be filed within 14 days of service. *See* Local Civil Rule 6.1(b). Petitioners' reply, if any, shall be filed within 7 days of service of Respondent's opposition. *See id.*

SO ORDERED.

Dated:    December 5, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge