# Czinger Declaration

# Exhibit B



KPMG ehf.
Borgartún 27
105 Reykjavík

Sími 545 6000
Fax 545 6001
Veffang www.kpmg.is

To Whom It May Concern,

Reykjavík, 19 December 2024

**Subject: Confirmation of assets in Iceland**

The undersigned, Partner at KPMG ehf. ("**KPMG Iceland**"), hereby confirms that, as of its most recent due diligence submission with its power provider Landsvirkjun on September 16, 2024, Alopex Advisors LLC's indirectly owned subsidiary in Iceland ("**Icelandic Subsidiary**") held an amount of USD greater than USD 2,000,000.- (two million US dollars and no cents) in its bank accounts at Arion Bank, located in Iceland. This confirmation is based on an overview of the Icelandic Subsidiary bank accounts in Arion Bank. As of today's date, the company's cash-on-hand position is approximately USD 1,300,000.- (one million three hundred thousand US dollars and no cents). KPMG Iceland relied on documentation provided by Alopex Advisors LLC and the Icelandic Subsidiary to verify the ownership structure and confirm that the aforementioned account belongs to the Icelandic Subsidiary. While KPMG Iceland has reviewed these documents to confirm their alignment with the details provided, KPMG Iceland makes no independent representations or warranties regarding the accuracy, validity, or completeness of the ownership documentation or the amounts presented in the bank statement.

In addition to the above, it is confirmed that in the final quarter of 2024, KPMG Iceland prepared a financial forecast for the Icelandic Subsidiary. This forecast projected the Icelandic Subsidiary's EBITDA to exceed USD 5,000,000.- (five million US dollars), year over year, between 2024 and 2027. The financial forecast was based solely on information provided by the Icelandic Subsidiary and was not independently verified by KPMG Iceland. KPMG Iceland makes no independent representations or warranties regarding the fairness, accuracy or completeness of the information contained in the financial forecast.

Respectfully,

*KPMG ehf.*

*Kristbjörn H. Gunnarsson*
_____
Kristbjörn Gunnarsson, Auditor

Partner at KPMG

KPMG ehf. á Íslandi er aðili að alþjóðlegu neti KPMG, samtökum sjálfstæðra fyrirtækja sem aðild eiga að KPMG International Limited, ensku félagi með takmarkaða ábyrgð.

Reykjavík
Akureyri
Borgarnes
Egilsstaðir

Reykjanesbær
Sauðárkrókur
Selfoss
Skagaströnd