# Czinger Declaration

# Exhibit C



2024-12-19
A&#x2040;&#x1d1b;&#x1d1b;&#x0274;: M&#x1d00;&#x1d1b;&#x1d1b;&#x029c;&#x1d07;&#x1d21; B. C&#x1dbb;&#x026a;&#x0274;&#x0262;&#x1d07;&#x0280;

**As it relates to the value of Piper PA-46-600TP M600 SLS S/N 469▮▮▮ registration N3▮▮▮▮.**

1. Aviation Unlimited has been a factory authorized Piper Aircraft Dealer since 1983.

2. I have been fully employed by Aviation Unlimited in a Sales and Management position since May of 2007. I consider myself a subject matter expert in the purchase and sale of Piper single engine turbo prop aircraft.

3. It is my opinion that the above-mentioned aircraft would trade at a retail purchase price of approximately $3 Million USD.

4. Comparable listings today are priced at $3.15–3.25 Million USD.

5. This aircraft had a manufacturer's suggested retail price (MSRP) of $3,569,314 USD in 2022 when it was sold by Aviation Unlimited in brand new condition.

6. The market for the Piper M600 SLS is active and robust for similar aircraft. These aircraft are commoditized, and their values are tracked by industry value published guides.

**DISCLAIMER:** While the above value has been provided on a best-efforts basis and in good faith, Aviation Unlimited (and Isaac Capua) make no claims, takes no responsibility, and do not guarantee the accuracy of this value. This document should not be considered a formal appraisal. A physical inspection of the aircraft has not been conducted. This value assumes the aircraft has no damage history and that aircraft is current on all manufacturer recommended and mandatory maintenance programs. This value assumes the aircraft has a valid FAA Certificate of Airworthiness.

Regards,
Isaac Capua
VP | MBA
AVIATION UNLIMITED
E-mail: isaac@aviationunlimited.com
Phone:  289-818-1610
Mobile: 647-686-6768
www.aviationunlimited.com

AVIATION UNLIMITED
EXCLUSIVE CANADIAN DISTRIBUTOR: PIPER | DIAMOND | DAHER KODIAK