

February 6, 2025

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000
**orrick.com**

*Filed via ECF*
The Honorable Ronnie Abrams
United States District Court for the Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

**Jennifer M. Keighley**

E  jkeighley@orrick.com
D  +1 212 506 3584
F  +1 212 506 5151

Re:  *Blue Axis Global Ltd. & Longbyte Inc. v. Alopex Advisors, LLC*, **24-mc-508**

Dear Judge Abrams:

    I write on behalf of Alopex Advisors, LLC ("Alopex") and pursuant to the Court's January 30, 2025 order in this action to advise the Court that Alopex intends to file a motion seeking to recover its attorneys' fees and costs pursuant to N.Y. C.P.L.R. § 6212(e).  *See Winklevoss Cap. Fund, LLC v. Shrem*, 360 F. Supp. 3d 251, 255 (S.D.N.Y. 2019) ("Rule 6212(e) is clear: plaintiff is liable 'for all costs and damages, including reasonable attorneys' fees' where plaintiff is granted an attachment and later found unentitled to that attachment.").

    The Parties have conferred about the possibility of reaching an agreement regarding Alopex's attorneys' fees and costs that would obviate the need for further motion practice.  Jointly with Petitioners Blue Axis Global Ltd and Longbyte Inc., Alopex therefore requests that the Court enlarge Alopex's time to move for its attorneys' fees and costs by one week, until February 20, 2025, to afford the parties additional time to attempt to reach a resolution.  Alopex's deadline to move for its attorneys' fees and costs pursuant to Federal Rule of Civil Procedure 54 would otherwise be February 13, 2025.  There have been no previous requests for an extension of this deadline.

Respectfully submitted,

/s/ *Jennifer M. Keighley*
Jennifer M. Keighley
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Telephone:  (212) 506-5000
Email: jkeighley@orrick.com

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
February 7, 2025