UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BLUE AXIS GLOBAL LTD and LONGBYTE INC.,

                        Petitioners,

      -against-

ALOPEX ADVISORS, LLC,

                        Respondent.

-----------------------------------------------------------------X

24-MC-00508 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      The Court has received Petitioners' July 21, 2025 letter regarding the pending motion for attorney's fees. ECF No. 60. Respondent shall file any responsive letter of no more than three pages by July 30, 2025.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    July 23, 2025
               New York, New York