**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 12/15/2025
```

**BLUE AXIS GLOBAL LTD and LONGBYTE INC.,**

                                 **Petitioners,**

               -against-

**ALOPEX ADVISORS, LLC,**

                            **Respondent.**

-------------------------------------------------------------------X

**24-MC-00508 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Having addressed Respondent's motion for attorneys' fees filed at ECF No. 45, this case can now be closed. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      December 15, 2025
              New York, New York